COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:  01-15-00004-CV

Style:       *Nikki Sides individually and on behalf of the estate of Thomas Middleton v. Texas Department of Criminal Justice*

Type of motion:       Motion for rehearing


Party filing motion:    Appellants


Appellants' motion for rehearing is **denied**.




Judge's signature:     /s/ Jane Bland_____
                       Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.




Date:  December 22, 2015_____